UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLENBY TECHNOLOGIES, INC., <br>    Plaintiff, <br><br> v. <br><br> FIREKING SECURITY GROUP, <br> FIREKING SECURITY PRODUCTS, LLC, <br> FIREKING COMMERCIAL SERVICES, LLC, <br> CORPORATE SAFE SPECIALISTS, LLC, <br> and <br> PFINGSTEN PARTNERS LLC, <br>    Defendants. | Civil Action No. 1:20-cv-2253 <br><br> Judge Steven C. Seeger <br><br> Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S FIRST MOTION TO COMPEL**

Plaintiff Ellenby Technologies, Inc. ("Ellenby") respectfully requests that the Court Order as follows:

(1) The Local Patent Rules (LPR) of this Court are now in effect in this case and shall remain in effect, except as ordered by this Court;

(2) Defendants' Initial Disclosures pursuant to Rule 26(a), F.R.Civ.P. and LPR 2.1 shall be served on Plaintiff's attorneys on or before five business days from the date of the Court's order;

(3) Defendants' Initial Contentions and accompanying documents pursuant to LPR 2.3 & 2.4 shall be served on Plaintiff's attorneys on or before five business days from the date of the Court's order; and

1

(4) Defendants' responses to ELLENBY'S FIRST REQUESTS FOR PRODUCTION, Nos. 1-8, which were served on August 3, 2020, shall be served on Plaintiff's attorneys on or before Monday, September 2, 2020.

A memorandum in support including a Rule 37 certificate of compliance is filed herewith. A proposed order is submitted by email in accordance with this Court's standing order.

Accordingly, Plaintiff respectfully requests this Court grant its motion and enter an order compelling prompt responses by Defendants and clarifying that the LPR are applicable in this case unless otherwise ordered by the Court.

Dated: August 18, 2020

**ELLENBY TECHNOLOGIES INC.,
    Plaintiff**

By __/s/John B. Pegram_____
John S. Goetz (*pro hac vice*)
John B. Pegram (*pro hac vice*)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: 212-765-5070
Facsimile: 212-258-2291

Richard P. Beem
Alex Shtraym
Beem Patent Law Firm
53 West Jackson, Suite 1352
Chicago, IL 60604
Telephone: 312-201-0011
Facsimile: 312-201-0022

*Attorneys for Plaintiff Ellenby Technologies, Inc.*